**No. 59526.**—M. S. & J. A. Workman, Inc. *v.* United States, protest 737292–G (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry

under paragraph 1681 was sustained. Entry 726857, having been abandoned, the protest was overruled as to said entry.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.